PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　Vs.　　　　　　　　　　　　　　　　　)　Criminal Action No. 1:99CR00071-001 (GMS)
　　　　　　　　　　　　　　　　　　　　　)
　　　Zaid Gbolahan Jinadu,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　Defendant　　　　　　　　　　　　　)

### Petition on Probation and Supervised Release

　　　COMES NOW John G. Selvaggi, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Zaid G. Jinadu, who was placed on Supervised Release by the Honorable Gregory M. Sleet, sitting in the court at Wilmington, Delaware, on the 18th day of May 2000, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: Disclosure of financial documents; no new credit charges or new lines of credit without approval of the probation office; pay any financial obligations; restitution of $166,521.18. Modification: June 25, 2003 ordered to obtain employment other than home health aide; provide USPO with names and addresses of dependant children; surrender all fraudulent documents. Modification: December 5, 2003 ordered restitution to be paid at monthly rate of 10% of gross monthly wages. Modification: March 11, 2004 ordered to complete four months of home confinement with electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
A report has been received from U.S. Probation Officer Harry Collins, advising that Mr. Jinadu was arrested for aggravated unlicensed operation of a motor vehicle. Mr. Jinadu admitted to Officer Collins that he was operating his girlfriend's mother's car, while his driver's license was suspended. The U.S. Probation Officer is recommending a modification of the conditions to include 30 days of home confinement with electronic monitoring. Mr. Jinadu has agreed to this modification and a Waiver is attached.

**PRAYING THAT THE COURT WILL ORDER** ... that Zaid Gbolahan Jinadu be continued on supervised release, with a modification ordering 30 days of home confinement with electronic monitoring. During that period, the defendant is only authorized to leave for employment or other necessary activities with the approval, in advance, of the Probation Department. The home confinement period shall commence on a date approved by the Probation Department. Mr. Jinadu shall pay the cost of the monitoring at the prevailing contract rate, to the degree he is reasonably able.

|   |   |
|---|---|
| ORDER OF COURT | Under the penalty of perjury I declare the following to be true and correct: |
| Considered and ordered this 11th day of August, 2005. | _____<br>John G. Selvaggi, Supervising U.S. Probation Officer |
| _____<br>U.S. District Court Judge | Place　　Wilmington, Delaware<br>Date　　August 8, 2005 |

FILED

AUG 1 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE